1  Mark D. Kemple (State Bar No. 145219)
   JONES DAY
2  555 South Flower Street
   Fiftieth Floor
3  Los Angeles, CA 90071-2300
   Telephone: (213) 489-3939
4  Facsimile: (213) 243-2539
   Email: mkemple@jonesday.com
5  Email: snassi@jonesday.com

6  Attorneys for Defendant
   HERB THYME FARMS, INC.

7

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
ON APR - 5 2011
OTIS D. WRIGHT II

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | MICHELLE QUESADA, individually, | Case No.: 2:11-cv-00016-ODW-SSx
   | and on behalf of all similarly situated |
13 | persons, | Assigned for all purposes to
   | | Honorable Otis D. Wright II
14 |         Plaintiff, |
   | | [PROPOSED] ORDER ON EX
15 | v. | PARTE APPLICATION RE
   | | RECONSIDERATION OF
16 | HERB THYME FARMS, INC., and | ORDER GRANTING MOTION
   | DOES 1 through 100, inclusive, | TO REMAND
17 | |
   |         Defendants. |
18

19                       **ORDER**

20     Having read and considered Defendant Herb Thyme Farms, Inc.'s

21 ("Defendant") *ex parte* application regarding the Court's Order granting Plaintiff's

22 Motion to Remand, and having read and considered any opposition filed in

23 connection therewith, the Court hereby orders that the Court's remand order [Docket

24 24] is stayed and that Defendant's Motion to Reconsider (attached as Exhibit A to its

25 *ex parte*) is set for hearing on _____.

26     IT IS SO ORDERED.

27 Dated: April ___, 2011

**DENIED**

   _____
   The Honorable Otis D. Wright II
28 United States District Court Judge

[Proposed] Order on Ex Parte Application